**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kibum YANG, a/k/a Danny Yang,**
**Defendant–Appellant.**

* We deny Morejon Pacheco's motion to transfer the appeal.

United States of America,
Plaintiff–Appellee,

v.

Kiin Yang, Defendant–Appellant.

Nos. 01–6544, 01–6837.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Kibum Yang, Kiin Yang, pro se. LeDora Knight, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kibum Yang and Kiin Yang seek to appeal the district court's orders construing their separate petitions for writs of error coram nobis as motions under 28 U.S.C.A. § 2255 (West Supp.2001), and denying the motions as untimely under the one-year limitation period. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. *United States v. Yang,* Nos. CR–99–12; CA–01–171–AM (E.D.Va. Feb. 2, 2001), and *United States v. Yang,* Nos. CR–99–12; CA–01–187–A (E.D.Va. Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*